Michael NEWHOUSE, Appellant,

v.

FORD MOTOR COMPANY, Appellee.

No. 01–2866.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 30, 2001.

Decided Dec. 13, 2001.

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Michael Newhouse appeals the district court's[1] order granting Ford Motor Company's motion to enforce a settlement agreement. Because Newhouse failed to carry his burden to show that his attorney

---

[1]. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

lacked authority to enter into the settlement, *see Turner v. Burlington N. R.R. Co.*, 771 F.2d 341, 345–46 (8th Cir.1985), we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We deny appellee's pending motion as moot.